# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Baltimore Field Office
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
(410) 801-6685
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 07/15/2022

**To:** Mr. William M. Pearce
2334 Shepperd Rd POB 576
MONKTON, MD 21111
Charge No: 541-2021-02308

EEOC Representative and email:   George Collins
Investigation
george.collins@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 541-2021-02308.

On behalf of the Commission,

Digitally Signed By: Rosemarie Rhodes
07/15/2022

Rosemarie Rhodes
Director

Case 1:22-cv-02635-MJM   Document 1-1   Filed 10/13/22   Page 2 of 2

Cc:
Jackie Peter
FRONTIER AIRLINES
Jpeter@flyfrontier.com

Emily Giraldo
Littler Mendelson
EGiraldo@Littler.com

Peter Petesch
ppetesch@littler.com


Please retain this notice for your records.