IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM M. PEARCE,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FRONTIER AIRLINES,  )<br>  )<br>    Defendant.  )<br>  ) | Civil Action No. 22-cv-02635-LKG<br><br>Dated:  October 26, 2022 |

## ORDER

The above-captioned case was filed on October 13, 2022, together with a motion to proceed in forma pauperis.  ECF Nos. 1, 2.  Upon review of the affidavit submitted with the motion, it does not appear that plaintiff is indigent and unable to pay the full civil filing fee.

Plaintiff's monthly income is $4,500 and his other assets total over $700,000, including real property and two vehicles.  *See* ECF No. 2.  Plaintiff will, therefore, be required to pay the full filing fee of $402.

Accordingly, it is this 26th day of October, 2022, by the United States District Court for the District of Maryland, **ORDERED** that:

1. The motion to proceed in forma pauperis (ECF No. 2) is **DENIED**;
2. Plaintiff shall pay the full civil filing fee of $402, on or before **November 16, 2022**;
3. Plaintiff is forewarned that failure to pay the fee will result in dismissal of the complaint without further notice and without prejudice; and
4. The Clerk shall provide a copy of this Order to plaintiff.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge