Civil Action No. 22 CV 02635 LKG

USDC - BALTIMORE
'22 DEC 13 PM 2:58
KLO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frontier Airlines

was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* resident agent - Prentice - Hall - 1st Paul St Suite 820 Baltimore MD on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or  @ CSC

☒ I served the summons on *(name of individual)* X Litigation Management, who is designated by law to accept service of process on behalf of *(name of organization)* Frontier Airlines on *(date)* 12-13-22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/13/2022

*Server's signature*

William W Van Zelm
*Printed name and title*

1524 S. Rolling Rd
Baltimore, MD 21227
*Server's address*

Additional information regarding attempted service, etc: