IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM M. PEARCE   *

**Plaintiff,**

  *

v.   Case No. 22cv02635-LKG

FRONTIER AIRLINES, INC.   *

**Defendant.**   *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with  Frontier Airlines, Inc.  :
(name of party)

Frontier Airlines Holdings, Inc._____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<br>(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

1/3/2023
Date

/s/ Peter J. Petesch
Signature

Peter J. Petesch, Bar No. 12908
Printed name and bar number

815 Connecticut Ave, NW Suite 400 Washington, DC  20006
Address

PPetesch@littler.com
Email address

202.789.3434
Telephone number

202.842.0011
Fax number