

**Littler Mendelson, P.C.**
815 Connecticut Avenue NW
Suite 400
Washington, DC  20006.4046

Peter Petesch
ppetesch@littler.com

February 6, 2023

Chambers of Lydia Kay Griggsby
United States District Judge
United State District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

**Re:  Civil Action No. 22-cv-02635-LKG;** *William Pearce v. Frontier Airlines*

Dear Judge Griggsby:

Pursuant to the Court's January 20, 2023 Scheduling Order, ECF No. 11, Plaintiff William Pearce ("Plaintiff"), proceeding *pro se*, and Defendant Frontier Airlines ("Defendant") (collectively, the "Parties") through their respective counsel, submit the following joint status report.

1. **Whether the parties seek any modifications to the deadline, default deposition hour limit or other provisions of the Scheduling Order. If so, the Parties shall also provide proposed new deadlines;**

    Mr. Pearce seeks a modification for the Rule 16 Case Management Conference on February 14, 2023. Mr. Pearce is a pilot and will be in the air starting at 11:00 A.M. He requests that the conference start after 2:00 P.M. or be rescheduled to another day.

2. **Whether the parties consent to proceed before a magistrate judge for all purposes;**

    The Parties do not consent to proceed before a United States Magistrate Judge.

3. **Whether the Parties agree to participate in a mediation session before a magistrate judge;**

    The Parties would like to participate in a mediation session before a magistrate judge. Mr. Pearce is in the process of retaining an attorney who has a very heavy caseload. Because of this, he would like the mediation scheduled after March 13. 2023. Mr. Pearce is also requesting that the case be stayed until the mediation takes place.

4.  **The scope and nature of discovery.**

The Parties anticipate that discovery will consist of written discovery and depositions. While Defendant does not anticipate taking more than four depositions, Mr. Pearce may require more than four.

Dated: February 6, 2023                                         Respectfully submitted,


*/s/ Peter J. Petesch*                                                  */s/ William M. Pearce*
Peter J. Petesch (Bar No. 12908)                       William M. Pearce
ppetesch@littler.com                                            wmpearce@comcast.net
Alexis Bosilovic (Bar No. 21877)                       2334 Sheppard Road
abosilovic@littler.com                                          POB 576
815 Connecticut Avenue, NW, Suite 400         Monkton, Maryland 21111
Washington, DC  20006-4046
202.789.3434  (Telephone)                                 *Pro Se* Plaintiff
202.842.0011 (Facsimile)

*Counsel for Defendant Frontier Airlines, Inc.*