AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| WILLIAM M. PEARCE | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-CV-02635-LKG |
| FRONTIER AIRLINES, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Frontier Airlines, Inc.

Date: 02/13/2023

/s/ Alexis Bosilovic
*Attorney's signature*

Alexis Bosilovic - 21877
*Printed name and bar number*

Littler Mendelson, PC
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
*Address*

abosilovic@littler.com
*E-mail address*

202-842-3400
*Telephone number*

*FAX number*