Chambers of Lydia Kay Griggsby
United States District Judge
United State District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

FILED
LOGGED
ENTERED
RECEIVED

FEB 2 3 2023

BY ___ CLERK, AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

Re: Civil Action No. 22-cv-02635-LKG; *William Pearce v. Frontier Airlines*

Dear Judge Griggsby;

I am writing to request the status. We were to have a joint conference on February 14. I never received a Zoom invite via email, nor have I received anything by USPS. In our joint statement between myself and the defendants I requested to stay until my attorney can be available.

Not being familiar with procedure, I am curious if that request for stay was granted there by canceling the February 14 zoom meeting.

Please let me know where we stand presently.

Respectfully,
William M Pearce