Case 1:22-cv-02635-MJM   Document 16-1   Filed 02/23/23   Page 1 of 2

WILLIAM M. PEARCE
POB 576
MONKTON, MD 21111

COURT SECURITY OFFICER
FEB 2 3 2023
MARYLAND

Chambers of LKG
US District Judge
US District Court
101 W. Lombard St
Baltimore MD 21201 US

21201-260516

BALTIMORE MD 212
22 FEB 2023 PM 9 L

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

FEB 2 3 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY