Chambers of Lydia Kay Griggsby
United States District Judge
United State District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201



Re: Civil Action No. 22-cv-02635-LKG; William Pearce v. Frontier Airlines


Dear Judge Griggsby;

    As plaintiff in this matter, and in anticipation of the upcoming mediation session I have retained an attorney for the limited purpose of this mediation.
    I am requesting that Richard Salzman of HHC&S be allowed to offer me guidance at the mediation - settlement hearing.
    Please schedule that mediation at the court's convenience.

Respectfully submitted,

William Pearce

Cc: Peter Petesch, Alexis Bosilvic
@ Littler