IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM M. PEARCE )<br>    Plaintiff, )<br>                               )<br>v.                                    )<br>                               )<br>FRONTIER AIRLINES, INC. )<br>    Defendant. )<br>_____ ) | Case No.: 22-cv-02635-LKG |

**JOINT STATUS REPORT**

Pursuant to the Court's January 20, 2023 Scheduling Order, ECF No. 11, Plaintiff William Pearce ("Plaintiff"), proceeding *pro se*, and Defendant Frontier Airlines ("Defendant") (collectively, the "Parties") through their respective counsel, submit the following joint status report.

**1.  Whether discovery has been completed.**

Discovery is complete, except as stated herein. Defendant has propounded discovery requests on the Plaintiff and will have conducted two depositions by the end of this day. Plaintiff provided his discovery responses on June 13, 2023.

**2.  Whether any motions are pending.**

There are no motions pending before the court.

**3.  Whether any party intends to file a dispositive pretrial motion.**

Defendant intends to file a motion for summary judgment.

**4.  Whether the case is to be a jury trial or a non-jury trial and the anticipated length of trial.**

4892-3221-8473.1 / 057446-1042

The Parties have not requested a jury trial, as Plaintiff did not request a jury trial within the time set forth under the Federal Rules. However, Plaintiff asks that he be allowed to consider requesting a jury trial. He did not understand at the time of filing the Complaint that it was required to choose a jury trial at that time.

The Parties anticipate that the trial should last no more than two days.

**5.     A certification that the parties have met to conduct settlement negotiations, to include the date, time, and place of all settlement meetings and the names of all persons participating.**

The Parties have conducted informal settlement negotiations via e-mail, and via a prior mediation when this matter was before the EEOC. On May 25, 2023, Richard A. Salzman, settlement counsel for Plaintiff, e-mailed counsel for Defendant to communicate Plaintiff's opening demand. Defendant responded to Mr. Salzman's e-mail noting that the Parties are too far apart in settlement value. Defendant further noted that it wishes to proceed with discovery, but that the Parties could revisit settlement negotiations after completion of discovery.

**6.     Whether the parties agree to have the case referred to a Magistrate Judge for a mediation session, either before or after the resolution of any dispositive pretrial motion.**

The Parties agree to have the case referred to a Magistrate Judge for a mediation session after the resolution of dispositive pretrial motions.

**7.     Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a United States Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.**

The Parties do not consent to having a Magistrate Judge conduct all further proceedings in this case.

**8.     Any other matter that the parties believe should be brought to the attention of the Court.**

The Parties do not have any other matters that require attention from this Court.

Dated: June 14, 2023                                        Respectfully submitted,


*/s/ Peter J. Petesch*                                       */s/ William M. Pearce*
Peter J. Petesch (Bar No. 12908)                             William M. Pearce
ppetesch@littler.com                                         wmpearce@comcast.net
Alexis Bosilovic (Bar No. 21877)                             2334 Sheppard Road
abosilovic@littler.com                                       POB 576
815 Connecticut Avenue, NW, Suite 400                        Monkton, Maryland 21111
Washington, DC  20006-4046
202.789.3434  (Telephone)                                    *Pro Se* Plaintiff
202.842.0011 (Facsimile)

*Counsel for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2023, a copy of the foregoing Joint Status Report was filed using the CM/ECF system and served by first-class mail, postage prepared, upon the following:

>William M. Pearce
>2334 Sheppard Road
>POB 576
>Monkton, Maryland 21111
>*Pro Se* Plaintiff

>>> _/s/ Peter Petesch_
>>> Peter Petesch

4892-3221-8473.1 / 057446-1042