IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM M. PEARCE, | ) |
| Plaintiff, | ) Civil Action No. 22-cv-02635-LKG |
| v. | ) Dated: August 2, 2023 |
| FRONTIER AIRLINES, | ) |
| Defendant. | ) |

## SCHEDULING ORDER

On July 11, 2023, Defendant, Frontier Airlines, filed a notice of intent to file a motion for summary judgment in this matter. ECF No. 20.

In light of the foregoing, the parties shall adhere to the following schedule for the briefing of Defendant's motion for summary judgment:

| | |
|---|---|
| Defendant's motion for summary judgment. | **August 23, 2023** |
| Plaintiff's response in opposition to Defendant's motion for summary judgment. | **September 6, 2023** |
| Defendant's reply brief. | **September 20, 2023** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge