**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| WILLIAM M. PEARCE ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRONTIER AIRLINES, INC. ) <br>     Defendant. ) <br> _____) | Case No.: 22cv02635-LKG |

**ORDER**

Upon consideration of the Defendant Frontier Airlines, Inc. (the "Defendant") Motion for Summary Judgment ("Motion"), Plaintiff's Opposition and Defendant's Reply, and for good cause and the entire record, it is hereby

**ORDERED** that the Motion is hereby **GRANTED**, and that Plaintiff William Pearce's Complaint is **DISMISSED**, with prejudice.

Dated: _____, 2023.

_____
United States District Judge