# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**BRENDAN A. HURSON**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0782**<br>**MDD_BAHChambers@mdd.uscourts.gov** |

August 23, 2023

LETTER TO ALL PARTIES

Re:   *Pearce v. Frontier Airlines*
        Civil No.: LKG-22-02635

Dear Mr. Pearce and Counsel:

Pending before the Court is *pro se* plaintiff William Pearce's ("Mr. Pearce's") "MOTION to allow attorney Richard Salzman of HHC&S to offer guidance to Plaintiff at the mediation/settlement hearing." ECF 18. Mr. Pearce requests that attorney Richard Salzman be permitted to assist him at the virtual settlement conference currently scheduled for Wednesday, October 18, 2023, before me.

The Court hereby GRANTS Mr. Pearce's motion. Mr. Pearce is advised that because Mr. Salzman is not entering his appearance in this case, the Court does not have contact information for Mr. Salzman. The Court therefore further ORDERS that Mr. Pearce instruct Mr. Salzman to email my chambers at MDD_BAHChambers@mdd.uscourts.gov by Thursday, August 31, 2023, to facilitate planning of the settlement conference.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such. The Clerk is directed to MAIL a copy of this letter to the plaintiff.

Sincerely,

/s/

Brendan A. Hurson
United States Magistrate Judge