William M Pearce
plaintiff

USDC- BALTIMORE
'23 AUG 25 AM 10:20

V

Frontier Airlines

22-cv-02635 LKG

August 25, 2023

---

I William Pearce request a 14 day extension for my response in opposition to defendants motion for summary judgment.

Two reasons:

1- I am doing this Pro se, I need time to prepare proper response.

2- I have not recieved any notice from the defense or the court in refernce to the request for a summary judgment. Also I never recieved the scheduling order from either. Had I not called I would have never known!

William M Pearce    8-25-2023