## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM M. PEARCE, | ) |
| Plaintiff, | ) Civil Action No. 22-cv-02635-LKG |
| v. | ) Dated: August 29, 2023 |
| FRONTIER AIRLINES, | ) |
| Defendant. | ) |

### AMENDED SCHEDULING ORDER

On August 25, 2023, Plaintiff pro se, filed a motion for extension of time in which to file a response to defendant's motion for summary judgment in this matter. ECF No. 25.

In light of the foregoing, and for good cause shown, the Court **GRANTS** plaintiff's motion and modifies the Court's August 2, 2023, Scheduling Order. Plaintiff shall **FILE** a response to defendant's motion for summary judgment on or before **September 18, 2023**. Defendant shall **FILE** its reply on or before **October 3, 2023**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge