because I circled back three times, in complete, utter disbelief, he goes -- he was very clear about it, he goes: The pilot review hiring committee, for whatever their reasons are, believe that people with your flight time -- and one of the times he said age, but it was mostly just flight time -- they will not consider you because of your -- your -- the amount of flight time. They will only hire people, generally, with between 7,000 and 7,500 hours. And I -- it -- it just thunderstruck me.

Q. Did you respond to him in that, did you ask him why?

A. Yes. And as I said, we circled back to this question three times, because I was, again, thunderstruck, in disbelief. And in between, he would say, well, look, I'm going to have coffee with Brad in the morning, he goes, you know, if Brad says bring you in, we'll bring you in, you know, we can -- we can twist the arms of the pilot review hiring committee.

Q. Okay.

FOR READING AND SIGNING ONLY
NOT OFFICIAL TRANSCRIPT

A. And again, thunderstruck, and I would circle back again. I circled two additional times to hear the statements said basically the same way three times.

Q. And did Mr. Arellano identify who was on the pilot review -- pilot hiring committee?

A. No. I wouldn't have expected him to.

Q. In -- in the conversation with Mr. Arellano, did he ask you your age?

A. No.

Q. Did you volunteer your age?

A. No.

Q. Did he ever say, in the conversation, that your age was a concern?

A. Indirectly.

Q. What do you mean by indirect? Explain what you mean by indirectly.

A. In this industry, 15 -- 14 -- 13,000 hours and above is a considerable amount of time. And if you've been in -- if you have

FOR READING AND SIGNING ONLY
NOT OFFICIAL TRANSCRIPT

been in the industry for any length of time, you can very easily correlate that to an age approximation.

Q. Or -- or certainly years of experience?

A. Potato, po-tot-o, yes.

Q. Were you taking notes -- did you take notes during that conversation with Jerry?

A. I scribbled some notes, yes.

Q. And do you still have them?

A. I'd have to look.

Q. Now, I think those would be responsive to our discovery requests, if you do have them still.

A. Yes, if I do, and if they're legible, yeah, as we were discussing off the record, without the court reporter, you know, just writing down different notes that mean something to me but nobody else.

Q. Sure. If you had those notes, would you still have them at home?

A. Okay. Yes. I mean, as opposed

FOR READING AND SIGNING ONLY
NOT OFFICIAL TRANSCRIPT



Q. That was in an email response a week later. So in the three times that I asked you in different ways why would the pilot review hiring committee not consider people with over seven thousand or seventy-five hundred hours, do you recall telling me, Because they consider you too old, set in your ways and untrainable?

A. I do not recall that. I do not use "set in their ways" term. We never discussed age. I still do not know how old you are and had not ever seen you because this was a phone call. So I know I wouldn't have said that. If anything, there is a perception out there that pilots, after a certain number of hours, sometimes it's difficult for them to transition and learn a

37 cont

different type of training, especially Frontier's training which is deemed very difficult at times. Again, I'm not a pilot, so I can't speak to the training, so.

Q. So it's funny you mention that, that you volunteered that that's a mindset out there, but you don't recall telling me that I'm too old, too set in my ways and considered untrainable. You don't remember telling me that that's the way the pilot review hiring



committee looks at things?

A. What I did say was I don't use those terms. I would have never said "set in your ways" and that you're too old because we didn't discuss age. I never said



MR. PEARCE: I see it. I'm sorry. I believe it's Exhibit 1. My apologies, Alexis. It was the application. There we go.

Q. Would you please read the instructions that start out "From your first flight hour"?

A. Are you referring to, "From your first flight hour to present, please disclose any and all check rides, stage checks, line checks, PCs, PTs, AQP or any other," and I can't see the rest because of the little windows.

Q. Yeah, that's it. That's correct. I don't see any instructions on there for, you know, please share what you might have learned with this. Do you see

27 cont.

anything in there about that, please share, you know, any outcome or any life lessons learned there?

A. No, sir.

Q. Okay. So is it fair to say that this is not the place for confessions of, you know, what I learned, it's just specifically what the problem was and the date, period?

A. Yes.

Q. Okay. So can you help me connect the dots on if I'm not instructed to share that and I answer the questions appropriately, why someone would take a leap and lay their heart on the line saying, you know, I just wasn't accountable, you know, I should have done this, I

should have done that? Could you share with me how the applicant would know to do that?

MR. PETESCH: I'm going to object to form, but he can answer the question. It's just -- Mr. Pearce, it's just a formality objection on the record, just to explain what I'm doing. I'm not trying to stop the witness from answering.

MR. PEARCE: Okay.

A. And so the purpose of the call, Mr. Pearce, was to get more information from that.

Q. No, I'm asking you about the leap of faith and understanding the instructions on the application. You know, how would I know that I'm supposed to explain what

28 cont

I've learned in what I've disclosed and, you know, be accountable, as you requested? Would the applicant know that reading those instructions?

A. For the application, no.

Q. Okay. Very good. I've made my point there.

Now, back to the first part of the question. With a guy who was one of the youngest lieutenants in a volunteer fire department, lifetime member, highly decorated crash investigation graduate from the National Transportation Safety Board, 11-year FFDO participant, would you tend to derive that a person that has that on his resumé is not accountable?