From: James mccarthy jmccarthyu5k@yahoo.com
Subject: Bill
Date: May 31, 2021 at 5:12:30 PM
To: Bill Pearce wmpearce@comcast.net, Bill Pearse fly211fly@comcast.net

Monday, May 31st 2021.

To Whom It May Concern

At approximately 8pm on Monday, March 29th 2021, Bill called me to say that he had witnessed something which had shocked him. He said that he had had a phone interview with a HR manager from Frontier Airlines. I was aware that he was preparing for this and was very excited about the prospect of joining this company and was surprised as to what he told me. He went on to say that he had felt the conversation/preliminary interview had gone very well and that the HR representative had been very complementary about his resume. He told me that he was informed, during this conversation with the HR representative, that Frontier would not hire pilots with more than 7000/7500 hours of flight time because, from their experience, aviators with such flight experience were considered too old and untrainable. I remember Bill telling me that the representative used the term "Too old and set in their ways".

Bill told me that the HR representative would speak to the Vice President of Flight Operations about Bills age/status and that if approval was given then Bill would be called in for an interview. Bill also told me that the HR representative felt that both he and the VP Flight Operations could "possibly strong arm the pilot review committee".

This is my best memory of the conversation Bill and I had.

James McCarthy



↗ 888-517-3680

_, 08:32 AM EDT                                     12 min

## MAR 29

*James McL.*

↙ 737-999-1299

MONKTON, 07:54 PM EDT                     12 min

*Jerry Frontier*

↙ 720-333-0530

MONKTON, 07:23 PM EDT                     14 min

↗ 737-999-1299

BUDA, 05:20 PM EDT                              11 min

↗ 317-993-0028

CARMEL, 05:02 PM EDT                          11 min

↙ 513-604-3906

MONKTON, 04:50 PM EDT                     13 min