Subject: Re: USA 3000

Hi Brad -

I hope that you had a nice holiday weekend.
Would you have a few minutes to talk tomorrow ??
As you know Jerry and I had a great discussion last week. He shared that my flight time and age could be a problem ??? He said that people with my experience and age were considered untrainable and set in our ways by some ???? He said he would run it past you , if you said bring me in he would. He went on to say that after he caught up with you he would call me back which he did not. Today and I reached out to him. You are copied on the emails we just exchanged.
Is this really the policy that if you have to much time you are untrainable ?????
  Was really hoping to join the Frontier family .

Thanks ,
Bill


Sent from my iPhone

> On Feb 16, 2021, at 1:31 PM, Lambert, Bradley <Bradley.Lambert@flyfrontier.com> wrote:
>
> Hope to see you around soon!
>
> -----Original Message-----
> From: Bill Pearce <fly21111@comcast.net>
> Sent: Tuesday, February 16, 2021 11:16 AM
> To: Lambert, Bradley <Bradley.Lambert@flyfrontier.com>
> Subject: Re: USA 3000
>
> Fantastic , thank you very much Brad.
>
> Bill
>
> Sent from my iPhone
>
>> On Feb 16, 2021, at 12:59 PM, Lambert, Bradley <Bradley.Lambert@flyfrontier.com> wrote:
>> Just filled it out, stand by for more hiring news.
>> Cheers, Brad
>> -----Original Message-----
>> From: Bill Pearce <fly21111@comcast.net>
>> Sent: Tuesday, February 16, 2021 10:55 AM



2

**Bradley Lambert <bradley.lambert@flyfrontier.com>**  2/16/2021 12:59 PM

# RE: USA 3000

To Bill Pearce <fly21111@comcast.net>

---

Just filled it out, stand by for more hiring news.

Cheers, Brad

-----Original Message-----
From: Bill Pearce <fly21111@comcast.net>
Sent: Tuesday, February 16, 2021 10:55 AM
To: Lambert, Bradley <Bradley.Lambert@flyfrontier.com>
Subject: Re: USA 3000

Hi Brad -
   I just submitted your email in recommendations section of airline apps.
This is awesome , thank you.


Bill

Sent from my iPhone

> On Feb 16, 2021, at 12:50 PM, Lambert, Bradley <Bradley.Lambert@flyfrontier.com> wrote:
>
> HI Bill, do me a favor and fill out the Airline Apps application, and list me as a reference. From there, I can get you in the system, and progressing.
>
> Great to hear from you!
>
> Cheers, Brad
>
> -----Original Message-----
> From: Bill Pearce <fly21111@comcast.net>
> Sent: Tuesday, February 16, 2021 10:01 AM
> To: Lambert, Bradley <Bradley.Lambert@flyfrontier.com>
> Subject: USA 3000
>
>
>
>> Hi Brad,
>>
>>  Bill Pearce here, from USA 3000 days. I miss that group of people. I stayed till the end.
>>  I have applied to Frontier. I went to LinkedIn just to see if I had any connections at Frontier and you were the first listed so I thought I would reach out.
>>  I have heard only great things about Frontier and would hope to have a chance to interview. I have approximately 4800 hours in the A320 , and quite honestly I miss flying it.
>>   Can you offer any insight to the process and or offer any advice? My application is on file and regularly updated.
>>    I am still living about 45 miles north of Baltimore and am presently at Republic, based at DCA.
>>   Any insight would be welcome. Thanks Brad.
>>
>>
>> Bill Pearce
>> 410-627-5200
>>
>>
>> Sent from my iPad

Bradley Lambert <bradley.lambert@flyfrontier.com>   3/26/2021 6:56 PM

RE: Checking In

To Bill Pearce <fly21111@comcast.net>

Check your voicemail. 😊

