From: frontier@airlineapps.com
Subject: Frontier Airlines Application Update Requested
Date: Aug 14, 2023 at 1:58:26 PM
To: fly21111@comcast.net



Aug 14, 2023

Dear william pearce,

Thank you for your interest in joining team Frontier! We noticed it has been several months since you last updated your first officer application. With our $50,000 sign on bonus, new bases, and enhanced quality of life due to scheduling flexibility, we hope you will reconsider joining one of the fastest growing airlines in the nation.

If Frontier Airlines is your career destination, please update your application at your earliest convenience.

Kind regards,

Frontier Airlines Pilot Recruitment



## Certificate of Service

I hereby certify that on this 18 day of September 2023 a copy of Plaintiffs response to Defendants Motion for Summary Judgement was hand delivered to the Baltimore Federal Court house. Also a copy was sent via; certified US mail to

Defense council

Peter Petesch

Littler

815 Connecticut Ave.NW Suite 400

Washington DC, 20006-4046

*William M. Pearce*