IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM M PEARCE.<br>Plaintiff. | |
| v. | Case No. 22cv02636-LKG |
| FRONTIER AIRLINES, INC.<br>Defendant. | |

FILED ___ ENTERED
LOGGED ___ RECEIVED
SCS
OCT 2 0 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

**Plaintiff William M Pearce, I am filing a motion asking for leave to file a supplemental memorandum in opposition to the defenses request for summary judgment.**

   I have retained a lawyer for the limited purpose of mediation in this case. He submitted a letter to the magistrate judge, which is pertinent to my response to the defenses request for summary judgment.
   To this point, I am acting as my own lawyer, and would like the court to please accept this supplemental memorandum.
   I have no objection to the defense being able to submit a reply to this supplemental memorandum.

Attached, please see exhibit A.

William M Pearce
10/12/2023

*William M. Pearce* (signature)