WILLIAM M. PEARCE
POB 576
MONKTON, MD 21111



7022 0410 0002 7065 4990

Retail

RDC 99


21201

U.S. POSTAGE PAID
FCM LG ENV
MONKTON, MD 21111
OCT. 13, 2023
$5.94
R2304Y122941-5

Clerk
US District Court
101 W. Lombard St.
Baltimore MD
21201- 2691

FILED _____ ENTERED
LOGGED ____ RECEIVED

OCT 20 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

P6

