IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM M. PEARCE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 22-cv-02635-LKG |
| ) | |
| v. ) | Dated: October 26, 2023 |
| ) | |
| FRONTIER AIRLINES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On October 20, 2023, Plaintiff pro se, filed a motion for leave in which to file a supplemental memorandum in opposition to defendant's motion for summary judgment in this matter. ECF No. 30.

In light of the foregoing, and for good cause shown, the Court **GRANTS** plaintiff's motion. Plaintiff's supplemental memorandum, which is attached to his motion as Exhibit A, shall be deemed as **FILED**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge