# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM M. PEARCE ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 22cv02635-LKG |
| ) | |
| FRONTIER AIRLINES, INC. ) | |
|     Defendant. ) | |
| _____ ) | |

## **ORDER**

Upon consideration of the Defendant Frontier Airlines, Inc.'s (the "Defendant's") Motion for Leave to File Response to Plaintiff's Supplemental Memorandum in Opposition to Motion for Summary Judgment, it is hereby

**ORDERED** that the Motion is hereby **GRANTED**, and that the Response attached to Frontier's motion is accepted and deemed filed in this matter.

Dated: _____, 2023.

_____
United States District Judge