# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM M. PEARCE )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>FRONTIER AIRLINES, INC. )<br>    Defendant. )<br>_____) | Case No.: 22-cv-02635-LKG |

## ORDER

Upon consideration of the Defendant Frontier Airlines, Inc.'s (the "Defendant's") Motion for Leave to File Response to Plaintiff's Supplemental Memorandum in Opposition to Motion for Summary Judgment, it is hereby

**ORDERED** that the Motion is hereby **GRANTED**, and that the Response attached to Frontier's motion is accepted and deemed filed in this matter.

Dated: November 6, 2023.

                                                      /s/ Lydia Kay Griggsby
                                                      LYDIA KAY GRIGGSBY
                                                      United States District Judge