IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| WILLIAM M. PEARCE, | * |
| Plaintiff, | * |
| v. | * Civ. No.: MJM-22-2635 |
| FRONTIER AIRLINES, | * |
| Defendant. | * |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of June, 2024, by the United States District Court for the District of Maryland, hereby

ORDERED that defendant Frontier Airlines, Inc.'s ("Frontier") Motion for Summary Judgment (ECF No. 22) is GRANTED; and it is further

ORDERED that summary judgment is entered in favor of defendant Frontier Airlines, Inc.; and it is further

ORDERED that the Clerk of Court is directed to CLOSE this case.

_____
Matthew J. Maddox
United States District Judge